IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIE LEON SCOTT, | ) |
| Petitioner, | ) |
| vs. | ) Case No.  2:06-cv-5-JHH-TMP |
| GRANT CULLIVER, Warden; ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

O R D E R

On December 12, 2008, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2254 be denied and dismissed with prejudice.  No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED.  Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 in the above-styled cause is due to be and the same is hereby DENIED and DISMISSED WITH PREJUDICE.

**DONE** this the ___8th___ day of January, 2009.

_____
SENIOR UNITED STATES DISTRICT JUDGE